## CLARK *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 66, September Term, 1960.]

*Decided June 19, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

The application for leave to appeal from the denial of post conviction relief is denied for the reasons set forth in the opinion of the lower court.

*Application denied.*